Bruce E. Van Dalsem (CA SBN 124128, *Of Counsel, pro hac vice to be filed*)
brucevandalsem@quinnemanuel.com
Adam B. Wolfson (CA SBN 262125, *Of Counsel, pro hac vice to be filed*)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Pat Lundvall (NV SBN 3761)
plundvall@mcdonaldcarano.com
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV 89102
(702) 873-4100

*Attorneys for plaintiff Inspirada Builders, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INSPIRADA BUILDERS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KENNEDY FUNDING, INC.,<br><br>Defendant. | CASE NO. 2:12-CV-01595-PMP-PAL<br><br>**NOTICE OF DISMISSAL**<br><br>**(Rule 41(a)(1)(A)(i), F.R.Civ.P.)** |

Pursuant to Rule 41(a)(1)(A)(i), F.R.Civ.P., plaintiff Inspirada Builders, LLC hereby voluntarily dismisses this action, in its entirety, without prejudice. Defendant Kennedy Funding, Inc. has not filed an answer or motion for summary judgment and therefore dismissal upon notice by plaintiff and without a court order is permitted by Rule 41(a)(1)(A)(i). All parties shall bear their own attorneys' fees and costs.

. . .

. . .

. . .

. . .

. . .

NOTICE OF DISMISSAL

DATED: October 4, 2012

          McDONALD CARANO WILSON LLP


By: */s/ Pat Lundvall*
    Pat Lundvall (NV SBN 3761)
    2300 W. Sahara Avenue, Suite 1000
    Las Vegas, NV 89102
    (702) 873-4100
    (702) 873-9966 – fax
    plundvall@mcdonaldcarano.com

Of Counsel pending *pro hac vice* admission:

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Bruce E. Van Dalsem (CA SBN 124128)
brucevandalsem@quinnemanuel.com
Adam B. Wolfson (CA SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Plaintiff Inspirada Builders, LLC*

LVDOCS-#263203-v1


    IT IS SO ORDERED.

    _____
    PHILIP M. PRO
    UNITED STATES DISTRICT JUDGE

    Dated: October 4, 2012.

-2-
NOTICE OF DISMISSAL

## CERTIFICATE OF SERVICE

1 I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 4th day of October, 2012, a true and correct copy of the foregoing **NOTICE OF DISMISSAL** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification in this case.

/s/ Della Sampson
An employee of McDonald Carano Wilson LLP