Bruce E. Van Dalsem (CA SBN 124128, *Of Counsel, pro hac vice to be filed*)
brucevandalsem@quinnemanuel.com
Adam B. Wolfson (CA SBN 262125, *Of Counsel, pro hac vice to be filed*)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Pat Lundvall (NV SBN 3761)
plundvall@mcdonaldcarano.com
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV 89102
(702) 873-4100

*Attorneys for plaintiff Inspirada Builders, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INSPIRADA BUILDERS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KENNEDY FUNDING, INC.,<br><br>　　　　　Defendant. | CASE NO. 2:12-CV-01595-PMP-PAL<br><br>**NOTICE OF DISMISSAL**<br><br>**(Rule 41(a)(1)(A)(i), F.R.Civ.P.)** |

Pursuant to Rule 41(a)(1)(A)(i), F.R.Civ.P., plaintiff Inspirada Builders, LLC hereby voluntarily dismisses this action, in its entirety, without prejudice. Defendant Kennedy Funding, Inc. has not filed an answer or motion for summary judgment and therefore dismissal upon notice by plaintiff and without a court order is permitted by Rule 41(a)(1)(A)(i). All parties shall bear their own attorneys' fees and costs.

. . .

. . .

. . .

. . .

. . .

1  DATED: October 4, 2012

2                               McDONALD CARANO WILSON LLP

4                    By: */s/ Pat Lundvall*
                      Pat Lundvall (NV SBN 3761)
5                        2300 W. Sahara Avenue, Suite 1000
                      Las Vegas, NV  89102
6                        (702) 873-4100
                      (702) 873-9966 – fax
7                        plundvall@mcdonaldcarano.com

8                  Of Counsel pending *pro hac vice* admission:

9                  QUINN EMANUEL URQUHART
                    & SULLIVAN, LLP
10                 Bruce E. Van Dalsem (CA SBN 124128)
                brucevandalsem@quinnemanuel.com
11                 Adam B. Wolfson (CA SBN 262125)
                adamwolfson@quinnemanuel.com
12                 865 S. Figueroa St., 10th Floor
                Los Angeles, CA 90017
13                 (213) 443-3000

14                 *Attorneys for Plaintiff Inspirada Builders, LLC*

15 LVDOCS-#263203-v1

17                 IT IS SO ORDERED.

19                 _____
                PHILIP M. PRO
20                 UNITED STATES DISTRICT JUDGE

22                 Dated: October 4, 2012.

-2-
NOTICE OF DISMISSAL

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 4th day of October, 2012, a true and correct copy of the foregoing **NOTICE OF DISMISSAL** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification in this case.

/s/ Della Sampson
An employee of McDonald Carano Wilson LLP